IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LUCIANO TORCHIA,<br><br>Defendant. | CRIMINAL ACTION FILE<br><br>NO. 1:20-CR-464-MHC-LTW |

## ORDER

This action comes before the Court on the Report and Recommendation ("R&R") of Magistrate Judge Linda T. Walker [Doc. 35] recommending that Defendant's Motion to Dismiss Based on an Insufficient Indictment [Doc. 22] be denied but that Defendant's Motion to Dismiss Indictment for Failure to State an Offense [Doc. 23] be granted. The Order for Service of the R&R [Doc. 36] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order. No objections have been filed within the time period permitted by the Order.

Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1). Based upon the absence of objections to the R&R, in

accordance with 28 U.S.C. § 636(b)(1), the Court has reviewed the R&R for plain error. See <u>United States v. Slay</u>, 714 F.2d 1093, 1095 (11th Cir. 1983). The Court finds no plain error and that the R&R is supported by law.

The Court **APPROVES AND ADOPTS** the Final Report and Recommendation [Doc. 35] as the opinion and order of the Court. It is hereby **ORDERED** that Defendant's Motion to Dismiss Based on an Insufficient Indictment [Doc. 22] is **DENIED** but that Defendant's Motion to Dismiss Indictment for Failure to State an Offense [Doc. 23] is **GRANTED**.

**IT IS SO ORDERED** this 27th day of May, 2021.

_____
MARK H. COHEN
United States District Judge